**Proposed Presentment Date:** May 18, 2026 at 12:00 p.m. (EST)
**Deadline to File and Serve Objections:** May 15, 2026 at 5:00 p.m. (EST)

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Eloy A. Peral (eperal@windelsmarx.com)

*Attorneys for Northeast Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

13 ADAMS STREET LLC,

                                            Debtor.
-------------------------------------------------------------x
In re:

N.C. 17-19 ADAMS STREET LLC,

                                            Debtor.
-------------------------------------------------------------x

Chapter 11

Case No. 24-23096-shl


Chapter 11

Case No. 24-23097-shl


**NOTICE OF PRESENTMENT OF PROPOSED ORDER: (I) EXCUSING THE FILING OF A DISCLOSURE STATEMENT; (II) SCHEDULING A HEARING ON CONFIRMATION OF NORTHEAST BANK'S MODIFIED PLAN OF LIQUIDATION FOR DEBTORS 13 ADAMS STREET LLC AND N.C. 17-19 ADAMS STREET LLC; AND (III) FIXING DATES AND DEADLINES RELATED THERETO**

**PLEASE TAKE NOTICE** that on **May 18, 2026 at 12:00 p.m. prevailing eastern time**, the attached proposed *Order: (I) Excusing the Filing of a Disclosure Statement; (II) Scheduling a Hearing on Confirmation of Northeast Bank's Modified Plan of Liquidation for Debtors 13 Adams Street LLC and N.C. 17-19 Adams Street LLC; and (III) Fixing Dates and Deadlines Related Thereto* and its Exhibit A attached thereto ("**Order**"), will be presented for signature to The Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601-4140.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Order, must be in

{12283633:2}

writing, state with particularity the grounds therefor, filed electronically with the Court through its CM/ECF system (General Order M-399 and the User's Manual for the Electronic Case Filing System can be found at the Court's Website www.nysb.uscourts.gov), with a courtesy copy to chambers, and served upon the undersigned counsel of secured creditor Northeast Bank ("**Northeast**") at the address set forth below, in a manner calculated to be received by **no later than May 15, 2026 at 5:00 p.m., prevailing eastern time**.  Unless objections are filed and served as set forth above, the Court may enter the Order without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed and served, a hearing will be scheduled before The Honorable Sean H. Lane, United States Bankruptcy Judge on a date and time to be announced.  Northeast will cause notice of the hearing to be given to the parties who filed objections.

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing relates shall be included in the upper righthand corner of the caption of all objections.

Dated: New York, New York          Respectfully submitted,
           May 6, 2026

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Northeast Bank*

By:     */s/ Eloy A. Peral*
          Eloy A. Peral (eperal@windelsmarx.com)
          156 West 56th Street
          New York, New York 10019
          Tel. (212) 237-1000 / Fax. (212) 262-1215

{12283633:2}                              2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:

13 ADAMS STREET LLC,

                                        Debtor.
------------------------------------------------------------------x
In re:

N.C. 17-19 ADAMS STREET LLC,

                                        Debtor.
------------------------------------------------------------------x

Chapter 11

Case No. 24-23096-shl

Chapter 11

Case No. 24-23097-shl

**ORDER: (I) EXCUSING THE FILING OF A DISCLOSURE STATEMENT; (II) SCHEDULING A HEARING ON CONFIRMATION OF NORTHEAST BANK'S MODIFIED PLAN OF LIQUIDATION FOR DEBTORS 13 ADAMS STREET LLC AND N.C. 17-19 ADAMS STREET LLC; AND (III) FIXING DATES AND DEADLINES RELATED THERETO**

Upon *Northeast Bank's Modified Plan of Liquidation for Debtors 13 Adams Street LLC and N.C. 17-19 Adams Street LLC* filed on May 4, 2026 [ECF No. 61] (as may be modified, amended and supplemented from time to time, the "**Plan**") by Northeast Bank ("**Northeast**"), secured creditor of the above-captioned debtors and debtors-in-possession 13 Adams Street LLC and N.C. 17-19 Adams Street LL (together, the "**Debtors**"); and upon the hearing held before this Court on April 22, 2026, the transcript of which is incorporated herein by reference, during which the Court directed Northeast to submit a proposed scheduling order by notice of presentment for a hearing on confirmation of the Plan and deadlines related thereto; and for good cause shown,

**IT IS HEREBY ORDERED** and Notice is hereby given that:

1.      Northeast is not required to solicit the Plan or to file or transmit a disclosure statement with respect to the Plan under Section 1125 of the Bankruptcy Code, because the Plan does not provide for any classes of claims entitled to vote to accept or reject the Plan.[1]

2.      A hearing on the confirmation of the Plan ("**Hearing**") shall be held on **July 9, 2026 at 10:00 a.m (ET)** before the Honorable Sean H. Lane, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601-4140. The Hearing may be continued or adjourned from time to time without further notice other than by announcement of the adjournment date at the Hearing.

3.      The Notice of Hearing on Confirmation of the Plan, substantially in the form annexed hereto as **Exhibit A** (the "**Hearing Notice**"), is approved in all respects.

4.      On or before **May 21, 2026**, Northeast shall serve by first class mail copies of this Order, the Hearing Notice, and the Plan on the Office of the United States Trustee, Debtors, all creditors, equity security holders, and other parties in interest, and shall file proof of service within **five (5) days** of service.

5.      Northeast may make ministerial, clerical, and typographical changes to the Plan and the Hearing Notice prior to service to update information provided herein and as otherwise necessary.

6.      The deadline for filing and serving written objections to confirmation of the Plan (each an "**Objection**") shall be fixed as **July 2, 2026 by 5:00 p.m. (ET) (the "Objection Deadline")**. Objections, if any, must be (a) in writing, (b) set forth with particularity the ground(s) for such objection, and (c) be filed with the Clerk of the Court by the Objection Deadline, with a

---

[1] *See In re Glob. Fertility & Genetics, New York, LLC*, 663 B.R. 584, 599–600 (Bankr. S.D.N.Y. 2024).

hard copy mailed to: (i) Northeast's counsel, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, Attn: Eloy A. Peral, Esq. (eperal@windelsmarx.com); (ii) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, New York 10004-1408, Attn: Paul Schwartzberg, Esq.; (iii) the Debtors, and (iv) all parties that have filed requests for service of all motions and pleadings pursuant to Bankruptcy Rule 2002. If such an Objection is not filed and served so as to be received by such parties by the Objection Deadline, it may not be considered at the Hearing.

7.      Northeast shall file any Plan supplement(s), declarations, and/or brief in support of Plan confirmation, or other supporting documents, by **June 25, 2026**.

8.      Northeast may file a reply to any Objections to the Plan by **July 3, 2026 at 12:00 p.m. (ET)**.

9.      This Court shall retain original jurisdiction over the terms, implementation, and enforcement of this Order and any disputes or controversies which may arise hereafter regarding it.

Dated: _____, 2026
        White Plains, New York

_____
Honorable Sean H. Lane
United States Bankruptcy Judge

**EXHIBIT A**

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Eloy A. Peral (eperal@windelsmarx.com)

*Attorneys for Northeast Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

In re:

13 ADAMS STREET LLC,

                                    Debtor.

Chapter 11

Case No. 24-23096-shl

--------------------------------------------------------------x

In re:

N.C. 17-19 ADAMS STREET LLC,

                                    Debtor.

Chapter 11

Case No. 24-23097-shl

--------------------------------------------------------------x

**NOTICE OF HEARING ON CONFIRMATION**
**OF NORTHEAST BANK'S MODIFIED PLAN OF LIQUIDATION FOR**
**DEBTORS 13 ADAMS STREET LLC AND N.C. 17-19 ADAMS STREET LLC**

**PLEASE TAKE NOTICE**, that on **July 9, 2026, at 10:00 a.m. (ET)**, or as soon thereafter as counsel may be heard, Northeast Bank ("**Northeast**"), secured creditor of the above-captioned debtors and debtors in possession (the "**Debtors**"), by its attorneys, Windels Marx Lane & Mittendorf, LLP, will move this Court at a hearing (the "**Hearing**") held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601-4140, for the entry of an order confirming *Northeast Bank's Modified Plan of Liquidation for Debtors 13 Adams Street LLC and N.C. 17-19 Adams Street LLC*, filed May 4, 2026 [ECF No. 61]

1

(as may be modified, amended and supplemented from time to time, the "**Plan**"),[1] a copy of which is being provided to you herewith along with a copy of the Court's Order*: (I) Excusing the Filing of a Disclosure Statement; (II) Scheduling a Hearing on Confirmation of Northeast Bank's Modified Plan of Liquidation for Debtors 13 Adams Street LLC and N.C. 17-19 Adams Street LLC; and (III) Fixing Dates and Deadlines Related Thereto*, entered _____ [ECF No. ___] (the "**Scheduling Order**").

PLEASE TAKE FURTHER NOTICE, that **July 2, 2026 by 5:00 p.m. (ET) (the "Objection Deadline")** is fixed as the last day and time for filing and serving written objections to confirmation of the Plan (each an "**Objection**"). If such an Objection is not filed and served so as to be received by such parties by the Objection Deadline it may not be considered at the Hearing. Objections, if any, to confirmation of the Plan must be (a) in writing, (b) set forth with particularity the ground(s) for such objection, and (c) must be filed with the Clerk of the Court, by the Objection Deadline with a hard copy mailed to: (i) Northeast's counsel, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, Attn: Eloy A. Peral, Esq. (eperal@windelsmarx.com); (ii) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, New York 10004-1408, Attn: Paul Schwartzberg, Esq.; (iii) the Debtors, and (iv) all parties that have filed requests for service of all motions and pleadings pursuant to Bankruptcy Rule 2002.

PLEASE TAKE FURTHER NOTICE, that the hearing on the motions filed by William K. Harrington, the United States Trustee for Region 2, to dismiss the Debtor's Chapter 11 cases has been adjourned to **July 9, 2026, at 10:00 a.m. (ET).**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

2

**PLEASE TAKE FURTHER NOTICE**, while parties and counsel may appear in-person in the Courtroom, **the Hearing will be conducted using Zoom for Government**. Parties and counsel wishing to participate in the Hearing using Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an eCourtAppearance through the Court's Website. Appearances through eCourtAppearance must be made **by no later than by 4:00 p.m. on the business day before the Hearing** (the "**Appearance Reservation Deadline**"). After the Appearance Reservation Deadline, parties and counsel making a timely eCourtAppearance will receive via email from the Court an invitation to participate in the Hearing through Outlook. Outlook invitation requests will **not** be made by emailing the Court. For more information parties and counsel are referred to the two tabs on Bankruptcy Judge Lane's Chambers page on the Court's Website (http://www.nysb.uscourts.gov/content/judge-sean-h-lane) labeled: "Zoom Hearings" and "eCourtAppearances." Click on the eCourtAppearances tab to make your appearance for the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief to be requested at the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be continued or adjourned from time to time without further notice other than by an announcement of the adjourned date at the Hearing.

Dated: New York, New York  WINDELS MARX LANE & MITTENDORF, LLP
     _____, 2026  *Attorneys for Northeast Bank*

By:    /s/ DRAFT_____
       Eloy A. Peral
       156 West 56th Street
       New York, New York 10019
       Tel. (212) 237-1000 / Fax. (212) 262-1215
       Email: eperal@windelsmarx.com

3